Ray Lewis, Appellant, v. Checker Taxi Company, and George L. Ruben, Appellees.

Gen. No. 45,481.

Joseph Barbera, for appellant; Jesmer & Harris, Albert M. Howard and Leo S. Karlin, for certain appellee; Leo S. Karlin, of counsel; Clausen, Hirsh & Miller, for certain other appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed December 18, 1951; released for publication January 22, 1952.